### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. CIV-08-235-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On February 2, 2009, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security Administration. The Magistrate Judge recommended that the Commissioner's decision be affirmed. Plaintiff was advised of his right to object to the Report and Recommendation, and on February 21, 2009, plaintiff filed his objections.

In his objections, plaintiff challenges the Magistrate Judge's findings and asserts that the Administrative Law Judge ("ALJ") engaged in selective reliance of the medical evidence in the record, resulting in an improper determination during the five-step sequential evaluation process. Having carefully reviewed this matter de novo, the Court finds underlying decision of the Commissioner of Social Security Administration is well-supported by substantial evidence. The Court, therefore, finds that the Magistrate Judge appropriately affirmed the Commissioner's decision.

Accordingly, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 2, 2009, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 24th day of February, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE